## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| KAY GHORLEY, Individually and as | ) | |
| Administrator of the Estate of | ) | |
| BENJAMIN GHORLEY, Deceased, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action File |
| | ) | No. 1:17-cv-03091-TCB |
| | ) | |
| BAXTER HEALTHCARE | ) | |
| CORPORATION; BAXTER | ) | |
| INTERNATIONAL, INC.; and DVA | ) | |
| HEALTHCARE RENAL CARE INC. | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO SUBSTITUTE COUNSEL

DVA Healthcare Renal Care, Inc. d/b/a Rome Dialysis moves the Court to permit a substitution of counsel. DVA Healthcare Renal Care, Inc. d/b/a Rome Dialysis moves to substitute Suneel C. Gupta, Esq. of Baker Donelson, Bearman, Caldwell & Berkowitz, P.C. and Wendy West Feinstein, Esq. of Morgan, Lewis & Bockius, LLP as counsel of record for Defendant DVA Healthcare Renal Care, Inc. d/b/a Rome Dialysis in this case in place of Christopher L. Ray, I. William

4853-2112-5464 v1
2906668-000455

Drought, III, of Oliver Maner LLP. Substitute counsels' addresses, phone numbers

and bar numbers are as follows:

> Wendy West Feinstein, Esq. *(pro hac vice)*
> **MORGAN, LEWIS & BOCKIUS LLP**
> One Oxford Centre, Thirty-Second Floor
> Pittsburgh, PA 15219-6401
> Telephone:  (412) 560-7455
> Facsimile:   (412) 560-7001
> Email:  wendy.feinstein@morganlewis.com
>
> and
>
> Suneel C. Gupta, Esq.
> **BAKER, DONELSON, BEARMAN,**
> **CALDWELL & BERKOWITZ, P.C.**
> Georgia Bar No.  452203
> Monarch Plaza, Suite 1600
> 3414 Peachtree Road, NE
> Atlanta, GA  30326-1164
> Telephone:  (404) 577-6000
> Facsimile:   (404) 238-9719
> Email:  sgupta@bakerdonelson.com

All further pleadings, orders and notices are requested to be sent to substitute

counsel. In accordance with LR 83.1E, DVA Healthcare Renal Care, Inc. d/b/a

Rome Dialysis certifies that this motion has been signed by and consented to by

DVA Healthcare Renal Care, Inc. d/b/a Rome Dialysis.

*[Signatures on following page]*

2

Consented to and submitted on this 23rd day of January, 2018.

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Wendy West Feinstein*
WENDY WEST FEINSTEIN
*(pro hac vice)*
One Oxford Centre
Thirty-Second Floor
Pittsburgh, PA 15219-6401
Telephone: (412) 560-7455
Facsimile:  (412) 560-7001
wendy.feinstein@morganlewis.com

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

*/s/ Suneel C. Gupta*
SUNEEL C. GUPTA
Georgia Bar No.  452203
Monarch Plaza, Suite 1600
3414 Peachtree Road, NE
Atlanta, GA  30326-1164
Telephone: (404) 577-6000
Facsimile:   (404) 238-9719
Email: sgupta@bakerdonelson.com

**OLIVER MANER LLP**

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
Georgia Bar No.  596078
I. WILLIAM DROUGHT, III
Georgia Bar No.  411837
Post Office Box 10186
Savannah, GA  31412
Telephone: (912) 236-3311
Facsimile:  (912) 236-8725
Email: cray@olivermaner.com
Email: wdrought@olivermaner.com

**DVA HEALTHCARE RENAL CARE, INC. d/b/a ROME DIALYSIS**

*/s/ Matthew Panagiotis*
MATTHEW PANAGIOTIS
Assistant General Counsel

3

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1B</u>

I hereby certify that the foregoing document was created in Times New Roman 14-point font with a 1.5" top margin in accordance with Local Rule 5.1B.

This 23rd day of January, 2018.

> **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
>
> */s/ Suneel C. Gupta.*
> SUNEEL C. GUPTA
> Georgia Bar No.  452203

4

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on January 23, 2018, I electronically filed the foregoing **MOTION TO SUBSTITE COUNSEL** and **CERTIFICATE OF CONSENT** with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Christopher L. Ray
I. William Drought, III
Oliver Maner LLP
Post Office Box 10186
Savannah, GA 31412

Darren W. Penn, Esq.
Alexandra "Sachi" Cole, Esq.
Penn Law, LLC
4200 Northside Pkwy, NW
Building 1, Suite 100
Atlanta, GA 30327

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

*/s/ Suneel C. Gupta.*
SUNEEL C. GUPTA
Georgia Bar No.  452203

5

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| KAY GHORLEY, Individually and as Administrator of the Estate of BENJAMIN GHORLEY, Deceased, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) ) | Civil Action File No. 1:17-cv-03091-TCB |
| | ) | |
| BAXTER HEALTHCARE CORPORATION; BAXTER INTERNATIONAL, INC.; and DVA HEALTHCARE RENAL CARE INC. | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING SUBSTITUTION OF COUNSEL**

DVA Healthcare Renal Care, Inc. d/b/a Rome Dialysis' motion to substitute counsel is GRANTED. Attorneys Suneel C. Gupta of Baker Donelson Bearman Caldwell & Berkowitz, P.C. and Wendy West Feinstein of Morgan, Lewis & Bockius LLP are substituted in as counsel for DVA Healthcare Renal Care, Inc. d/b/a Rome Dialysis in place of Christopher L. Ray and I. William Drought, III of Oliver Maner LLP.

6

IT IS SO ORDERED, this \_\_\_\_ day of _____, 2018.

_____

HON. TIMOTHY C. BATTEN, Sr.
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA

Submitted by:
Suneel Gupta
Substitute Counsel for
DVA Healthcare Renal Care, Inc. d/b/a Rome Dialysis

7

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| KAY GHORLEY, Individually and as | ) | |
| Administrator of the Estate of | ) | |
| BENJAMIN GHORLEY, Deceased, | ) | |
| | ) | |
|      Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action File |
| | ) | No. 1:17-cv-03091-TCB |
| | ) | |
| BAXTER HEALTHCARE | ) | |
| CORPORATION; BAXTER | ) | |
| INTERNATIONAL, INC.; and DVA | ) | |
| HEALTHCARE RENAL CARE INC. | ) | |
| | ) | |
|      Defendants. | ) | |

## <u>CERTIFICATE OF CONSENT</u>

Pursuant to Local Rule 83.1(E)(2) Christopher L. Ray, I. William Drought, III and the law firm of Oliver Maner LLP wish to withdraw from the representation of Defendants DVA Healthcare Renal Care, Inc. d/b/a Rome Dialysis in this matter.

As evidenced by the accompanying Motion to Substitute Counsel, this withdrawal has been agreed to by withdrawing counsel, successor counsel and the client.

[*Signatures on the following page*]

8

This *9th* day of January, 2018.

**MORGAN, LEWIS &
BOCKIUS LLP**


*/s/ Wendy West Feinstein*
WENDY WEST FEINSTEIN
*(pro hac vice)*
One Oxford Centre
Thirty-Second Floor
Pittsburgh, PA 15219-6401
Telephone:  (412) 560-7455
Facsimile:  (412) 560-7001
wendy.feinstein@morganlewis.com


**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**


*/s/ Suneel C. Gupta*
SUNEEL C. GUPTA
Georgia Bar No.  452203
Monarch Plaza, Suite 1600
3414 Peachtree Road, NE
Atlanta, GA  30326-1164
Telephone:  (404) 577-6000
Facsimile:   (404) 238-9719
Email:  sgupta@bakerdonelson.com

**OLIVER MANER LLP**

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
Georgia Bar No.  596078
I. WILLIAM DROUGHT, III
Georgia Bar No.  411837
Post Office Box 10186
Savannah, GA  31412
Telephone:  (912) 236-3311
Facsimile:  (912) 236-8725
Email:  cray@olivermaner.com
Email:  wdrought@olivermaner.com


**DVA HEALTHCARE RENAL
CARE, INC. d/b/a ROME
DIALYSIS**

MATTHEW PANAGIOTIS
Assistant General Counsel

4853-2112-5464 v1
2906668-000455