**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| KAY GHORLEY, Individually and as Administrator of the Estate of Benjamin Ghorley, Deceased,<br><br>  Plaintiff,<br>v.<br><br>BAXTER HEALTHCARE CORPORATION; BAXTER INTERNATIONAL, INC.; and DVA HEALTHCARE RENAL CARE, INC. d/b/a ROME DIALYSIS,<br><br>  Defendants. | CIVIL ACTION<br>FILE NO.:  1:17-cv-03091-TCB |

**PLAINTIFF'S RULE 26(a)(2) DISCLOSURE**

Plaintiff, KAY GHORLEY, by and through her undersigned counsel, hereby provides her disclosures pursuant to Federal Rules of Civil Procedure 26(a)(2) as follows:

1. Ronald S. Fishbach, M.D.
   Ronald S. Fishbach Medical Corporation
   9090 Wilshire Boulevard, Suite 101
   Beverly Hills, CA 92011

Dr. Fischbach is an experienced board certified internal medicine physician and expert with a subspecialty in Infectious Disease. He completed his first year of residency at Bellevue Hospital in New York and his second year at UCLA Medical

1

Center in California in 1970. He obtained his medical degree at New York University School of Medicine in 1967 and his Infectious Disease Fellowship in Wadsworth VA Hospital in California in 1972. Dr. Fishbach is currently employed as a member of the UCLA Clinical Faculty.

Dr. Fishbach will give opinion testimony including that:

- Mr. Ghorley's episodes of peritonitis and its causes;

- Mr. Ghorley's at-home hemodialysis treatment and compliance;

- The risk of contracting peritonitis where a MiniCap is manufactured with a separated, missing or protruding sponge.

- Mr. Ghorley's use of MiniCaps from recalled lots;

- Mr. Ghorley's death.

Dr. Fishbach's Curriculum Vitae and expert report, which includes a summary of his opinions and information required by the Federal Rule of Civil Procedure, is attached. The expert report also includes a list of supporting materials used by Dr. Fishbach in the creation of his expert report, a list of previous cases where Dr. Fishbach has testified as an expert and a statement of compensation.

2. David B. Ross, M.D., Ph.D., M.B.I.
   212 Stony Run Lane, Unit 1B
   Baltimore, MD 21210

Dr. Ross is an experienced infectious diseases and US Food and Drug Administration regulatory expert. He obtained his medical degree at New York University (NYU) School of Medicine in 1988 and his PhD in biochemistry from NYU the same year. He completed his internal medicine residence at NYU School of Medicine in 1991 and his infectious diseases fellowship at Yale University School of Medicine in 1994. Dr. Ross obtained a Masters of Biomedical Informatics degree from at Oregon Health & Sciences University in 2012.

Dr. Ross served as a medical officer at the FDA from 1996 – 2006; during his tenure there he held senior positions in review offices. His experience included review of and regulatory decision-making for Investigational New Drug Applications, New Drug Applications, and Biologics Licensing Applications, including drug-device combinations. His duties required familiarity with and consideration of current Good Manufacturing Practices (cGMPs).

Dr. Ross currently serves as the Director of the HIV, Hepatitis, and Related Conditions Programs in the Office of Specialty Care Services, Veterans Health Administration (VHA), and as an attending physician in the Infectious Diseases Section at the Washington, DC Department of Veterans Affairs Medical Center. His work on this case is not related to his duties at the VHA and is permissible under Federal conflict of interest statutes and regulations.

Dr. Ross will give opinion testimony on the following areas:

- The regulatory adequacy of product labeling for the Subject MiniCaps;

- Compliance, or lack thereof, with regard to cGMPs and other applicable FDA standards with respect to the Subject MiniCaps, including monitoring and responding to evidence of manufacturing/design defects;

- The regulatory adequacy of Baxter's inclusion of manufacturing and design standards relating to the depth of the sponge in the Subject MiniCaps;

- The regulatory adequacy of Baxter's notification procedures to the FDA, providers, and patients, and of its corrective actions.

Dr. Ross's expert report, which includes a summary of his opinions and information required by the Federal Rule of Civil Procedure, is attached, along with his current Curriculum Vitae. The expert report also includes a list of supporting materials used by Dr. Ross in the creation of his expert report, a list of previous cases over the last four years in which Dr. Ross has testified as an expert witness and a statement of compensation.

3.    J.P. Gingras, MBA, CPA, CFE, FCPA, CFF, CGMA, CFCS
1007 Tullamore Place
Johns Creek, Georgia 30022

Mr. Gingras is an economist familiar with the methodology used for calculating the economic and financial costs associated with lost past and future

earnings, lost benefits and household services. He is expected to testify regarding the economic value of the life of Benjamin Ghorley, as well as other economic damages sought in this lawsuit and/or any other matter relevant to the issues involved in this case, including rebuttal of opinions of experts retained by Defendants.

Mr. Gingras will give opinion testimony on the following areas:

- The economic damages related to Plaintiff's wrongful death claim, including lost social security benefits and loss of household services.

Mr. Gingras is a certified public accountant, certified fraud examiner, certified in financial forensics, certified global management accountant and a forensic certified public accountant.

Mr. Gingras' Curriculum Vitae and expert report, which includes a summary of his opinions and information required by the Federal Rule of Civil Procedure, is attached. The expert report also includes a list of supporting materials used by Mr. Gingras in the creation of his expert report, a list of previous cases where Mr. Gingras has testified as an expert and a statement of compensation.

Plaintiff reserves the right to call medical providers who were not retained for purposes of litigation, but otherwise identified in discovery, who may offer expert medical testimony. Plaintiff also reserves the right to call any expert

identified by Defendants and provide rebuttal opinions and supplemental opinions on additional materials provided in this matter.

Respectfully submitted this 17th day of August, 2018.

/s/ Darren W. Penn
DARREN W. PENN
Georgia Bar No. 571322
ALEXANDRA "SACHI" COLE
Georgia Bar No. 696892
PENN LAW, LLC
4200 Northside Pkwy, NW
Building One, Suite 100
Atlanta, GA 30327
Telephone: (404) 961-7655
darren@pennlawgroup.com
sachi@pennlawgroup.com

*Attorneys for Plaintiff*

6

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I filed the foregoing **Plaintiff's Rule 26(a)(2)**

**Disclosures** with the Court's ECF system, which will cause the delivery of the

document to the following counsel of record:

SUNEEL C. GUPTA
J. CARTER THOMPSON, JR.
Baker, Donelson, Bearman, et al.
Monarch Plaza, Suite 1600
3414 Peachtree Road NE
Atlanta, GA 30326
Telephone: (404) 577-6000
sgupta@bakerdonelson.com
cthompson@bakerdonelson.com

WENDY WEST FEINSTEIN
(Admitted Pro Hac Vice)
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre
Thirty-Second Floor
Pittsburgh, PA 15219-6401
Telephone: (412) 560-7455
wendy.feinstein@morganlewis.com

J. CARTER THOMPSON, JR.
(Admitted Pro Hac Vice)
Mississippi Bar No. 8195
BAKER, DONELSON, BEARMAN, CALDWELL & BERKWOTIZ, P.C.
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS 39211
Telephone: (601) 351-2400
cthompson@bakerdonelson.com

*Attorneys for Defendants DVA Healthcare Renal Care, Inc. d/b/a/ Rome Dialysis
and Baxter Healthcare Corporation and Baxter International Inc.*

7

This 17th day of August, 2018.

PENN LAW

/s/ Darren W. Penn
Darren W. Penn
Georgia Bar No. 571322
darren@pennlawgroup.com
Alexandra "Sachi" Cole
Georgia Bar No. 696892
sachi@pennlawgroup.com

4200 Northside Parkway, NW
Building One, Suite 100
Atlanta, GA 30327
(404) 961-7655 Telephone/Fax

*Attorneys for Plaintiffs*