# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KAY GHORLEY, Individually and as Administrator of the Estate of Benjamin Ghorley, Deceased,<br><br>     Plaintiff,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION; BAXTER INTERNATIONAL, INC.; and DVA HEALTHCARE RENAL CARE, INC. d/b/a ROME DIALYSIS,<br><br>     Defendants. | CIVIL ACTION<br>FILE NO.:  1:17-cv-03091-TCB |

**PLAINTIFF'S SUPPLEMENTAL RULE 26(a)(2) DISCLOSURE**

COMES NOW Plaintiff, KAY GHORLEY, by and through her undersigned counsel, and at least 90 days before trial or within 30 days after the disclosure of Defendant's expert Karen Becker, Ph.D.'s deposition testimony, hereby supplements her disclosures pursuant to Federal Rules of Civil Procedure 26(a)(2) as follows:

1. Madris Tomes, MBA
   1539 Heritage Lane
   York, PA 17403

1

Ms. Tomes founded, developed and launched Device Events, a medical device surveillance system that extracts, consolidates and provides clear and comprehensive metrics and reports on the millions of medical device adverse event reports (MDRs) submitted to the FDA.

Ms. Tomes is an active participant in the UDI (Unique Device Identification) Think Tank and MD EpINet (FDA's medical device epidemiology network) public private partnership for post market surveillance.

Ms. Tomes previously worked for the Food and Drug Administration and the FDA/Center for Devices and Radiological Health Office of Surveillance and Biometrics of post-market surveillance.

As the FDA's adverse event reporting system manager, Ms. Tomes provided domain expertise and project leadership to provide for enhanced adverse event report reviews and analytics and to incorporate the UDI into medical device reporting efforts.

Ms. Tomes will give expert opinion testimony, which will include, but not be limited to, rebuttal opinions regarding the report from Karen Becker Ph.D. that "independent review of the MAUDE database for the period August 2012 through December 2014 confirmed there were no reports of serious injuries associated with misassembled mini-caps."

Ms. Tomes will also provide rebuttal opinions to the December 4, 2018 deposition testimony of Karen Becker, Ph.D.

Ms. Tomes' curriculum vitae and expert report are attached.

EXPERT WITNESS TESTIMONY:

- *Lebow v. Intuitive Surgical, Inc., et al.*; Superior Court of California; Case No. 114CV275130;

- *Dennis Montgomery v. Penumbra, Inc., et al.*; Superior Court of Washington.  Case No. 16-2-04050-SEA.

Respectfully submitted this 6th day of December, 2018.

    */s/ Darren W. Penn*
DARREN W. PENN
Georgia Bar No. 571322
ALEXANDRA "SACHI" COLE
Georgia Bar No. 696892
PENN LAW, LLC
4200 Northside Pkwy, NW
Building One, Suite 100
Atlanta, GA 30327
Telephone: (404) 961-7655
darren@pennlawgroup.com
sachi@pennlawgroup.com

***Attorneys for Plaintiff***

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| KAY GHORLEY, Individually and as Administrator of the Estate of Benjamin Ghorley, Deceased,<br><br>  Plaintiff,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION; BAXTER INTERNATIONAL, INC.; and DVA HEALTHCARE RENAL CARE, INC. d/b/a ROME DIALYSIS,<br><br>  Defendants. | |

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1B**

  This is to certify that this Pleading was created in Times New Roman 14-point font with a 1.5" top margin in accordance with Local Rule 5.1B.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I filed the foregoing **Plaintiff's Supplemental Rule 26(a)(2) Disclosures** with the Court's ECF system, which will cause the delivery of the document to the following counsel of record:

SUNEEL C. GUPTA
J. CARTER THOMPSON, JR.
Baker, Donelson, Bearman, et al.
Monarch Plaza, Suite 1600
3414 Peachtree Road NE
Atlanta, GA 30326
Telephone: (404) 577-6000
sgupta@bakerdonelson.com
cthompson@bakerdonelson.com

WENDY WEST FEINSTEIN
(Admitted Pro Hac Vice)
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre
Thirty-Second Floor
Pittsburgh, PA 15219-6401
Telephone: (412) 560-7455
wendy.feinstein@morganlewis.com

J. CARTER THOMPSON, JR.
(Admitted Pro Hac Vice)
Mississippi Bar No. 8195
BAKER, DONELSON, BEARMAN, CALDWELL & BERKWOTIZ, P.C.
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS 39211
Telephone: (601) 351-2400
cthompson@bakerdonelson.com

*Attorneys for Defendants DVA Healthcare Renal Care, Inc. d/b/a/ Rome Dialysis and Baxter Healthcare Corporation and Baxter International Inc.*

5

This 6th day of December, 2018.

**PENN LAW**

*/s/ Darren W. Penn*
Darren W. Penn
Georgia Bar No. 571322
darren@pennlawgroup.com
Alexandra "Sachi" Cole
Georgia Bar No. 696892
sachi@pennlawgroup.com

4200 Northside Parkway, NW
Building One, Suite 100
Atlanta, GA 30327
(404) 961-7655 Telephone/Fax

***Attorneys for Plaintiffs***