# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KAY GHORLEY, Individually and as Administrator of the Estate of Benjamin Ghorley, Deceased, <br><br> Plaintiff, <br> v. <br><br> BAXTER HEALTHCARE CORPORATION; BAXTER INTERNATIONAL, INC.; and DVA HEALTHCARE RENAL CARE, INC. d/b/a ROME DIALYSIS, <br><br> Defendants. | CIVIL ACTION <br> FILE NO.:  1:17-cv-03091-TCB |

## DEFENDANTS' MOTION TO EXCLUDE OPINIONS OF PLAINTIFF'S EXPERTS DR. RONALD FISHBACH, DR. DAVID ROSS, AND MR. J.P. GINGRAS

Pursuant to Local Rule 7.1, Defendants Baxter Healthcare Corporation ("BHC"), Baxter International Inc. ("BII") and DVA Healthcare Renal Care ("DVA") by and through counsel, submit this Motion to Exclude the Opinions of Plaintiff's Experts, Dr. Ronald Fishbach, Dr. David Ross, and Mr. Jean-Pascal (J.P.) Gingras.  In support of their Motion, Defendants submit the accompanying brief in Support, and state as follows:

Plaintiff Kay Ghorley brought this suit in her individual capacity and as the administrator of the estate of her deceased husband, Mr. Benjamin Ghorley. Mrs. Ghorley alleges that Mr. Ghorley's death was caused by a MiniCap with Povidone-Iodine Solution (the "MiniCap"), which is manufactured by BHC. Specifically, Plaintiff alleges that Mr. Ghorley contracted peritonitis due to a defective MiniCap. Plaintiff presents no evidence that Mr. Ghorley received or used a defective MiniCap; her case is entirely circumstantial.

To support her claims, Plaintiff offers three expert witnesses:[1] Dr. Ronald Fishbach on the issue of causation; Dr. David Ross on regulatory issues such as product labeling, manufacturing and product recalls; and Mr. J.P. Gingras on damages. Doc. 44. For the reasons described in Defendant's accompanying brief, each of Plaintiff's experts should be excluded from providing expert opinion testimony under Federal Rule of Evidence 702 and *Daubert* because they are unreliable, speculative, lack good grounds, and do not fit the facts in dispute. Further, Dr. Ross's opinions should be excluded because he has no relevant experience or expertise.

---

[1] Defendants reserve all rights to object and challenge the new, untimely supplemental expert disclosure filed on December 6, 2018.

WHEREFORE, Defendants request the Court grant this Motion and exclude the opinions of Plaintiff's experts, Dr. Ronald Fishbach, Dr. David Ross, and Mr. Jean-Pascal (J.P.) Gingras.

Respectfully submitted,

Dated:  December 7, 2018

*/s/ Suneel C. Gupta*
SUNEEL C. GUPTA
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
Georgia Bar No. 452203
Monarch Plaza, Suite 1600
3414 Peachtree Road NE
Atlanta, GA 30326
Telephone: (404) 577-6000
sgupta@bakerdonelson.com

WENDY WEST FEINSTEIN
(Admitted Pro Hac Vice)
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre
Thirty-Second Floor
Pittsburgh, PA 15219-6401
Telephone: (412) 560-7455
wendy.feinstein@morganlewis.com

*Attorneys for Defendants Baxter Healthcare Corporation and DVA Healthcare Renal Care*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KAY GHORLEY, Individually and as Administrator of the Estate of Benjamin Ghorley, Deceased,<br><br>    Plaintiff,<br>v.<br><br>BAXTER HEALTHCARE CORPORATION; BAXTER INTERNATIONAL, INC.; and DVA HEALTHCARE RENAL CARE, INC. d/b/a ROME DIALYSIS,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO.: 1:17-cv-03091-TCB |

## **CERTIFICATE OF SERVICE AND COMPLIANCE WITH LR 5.1**

I hereby certify that on this date I filed the foregoing Motion to Exclude Expert Opinions of Dr. Ronald Fishbach, Dr. David Ross, and Mr. J.P. Gingras with the Court's ECF system, which will cause delivery of the document to the following counsel of record:

> Darren W. Penn, Esq.
> Alexandra Sachi Cole, Esq.
> Penn Law, LLC
> 4200 Northside Parkway N.W.
> Building One, Suite 100
> Atlanta, GA  30327

I further certify that this document complies with LR 5.1 as to font, spacing and margins.

This 7th day of December, 2018.

>/s/ Suneel C. Gupta
>SUNEEL C. GUPTA
>BAKER, DONELSON, BEARMAN,
>CALDWELL & BERKOWITZ, P.C.
>Georgia Bar No. 452203
>Monarch Plaza, Suite 1600
>3414 Peachtree Road NE
>Atlanta, GA 30326
>Telephone: (404) 577-6000
>sgupta@bakerdonelson.com
>
>*Attorneys for Defendants*